**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 02-6563**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

EDWARD R. BUTLER,

Defendant - Appellant.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Frederic N. Smalkin, Chief District Judge. (CR-97-146-S, CA-02-561-S)

Submitted: September 19, 2002     Decided: September 27, 2002

Before WILKINS, LUTTIG, and TRAXLER, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Edward R. Butler, Appellant Pro Se. Thomas Michael DiBiagio, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Edward R. Butler seeks to appeal the district court's orders denying relief on his motion filed under 28 U.S.C. § 2255 (2000), and denying his motions for reconsideration and for recusal. We have reviewed the record and conclude on the reasoning of the district court that Butler has not made a substantial showing of the denial of a constitutional right. See United States v. Butler, Nos. CR-97-146-S; CA-02-561-S (D. Md. Feb. 22, 2002; Mar. 5 2002; Mar. 12, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. See 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED